## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | DOCKET NO. 13-4088 |
| vs. | ) | |
| | ) | |
| DEWEY CARLISLE FORD, | ) | |
| | ) | |
| Appellant. | ) | |
| _____ | ) | |

## GOVERNMENT'S RESPONSE TO APPELLANT'S
## MOTION TO DISMISS APPEAL

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and states that it has no objection to Appellant Dewey Carlisle Ford's motion to dismiss this appeal.

RESPECTFULLY SUBMITTED, this the 13th day of August, 2013.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY
s/Amy E. Ray
Amy E. Ray Bar Number:  22762
Assistant United States Attorney
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina  28801
Telephone:  (828) 271-4661
Fax:  (828) 271-4670
E-mail:  Amy.Ray@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 13th day of August, 2013, a copy of the foregoing ***Response to Appellant's Motion to Dismiss Appeal*** was served upon Defendant herein by serving his attorney of record, Faith S. Bushnaq, through electronic case filing.

s/Amy E. Ray
Assistant United States Attorney
USAO Asheville, NC