UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 13, 2013

_____

DOCKET CORRECTION NOTICE
_____

No. 13-4088,   US v. Dewey Carlisle Ford
              1:11-cr-00062-MR-DLH-1

TO:    Faith Bushnaq

AMENDED MOTION DUE:  August 27, 2013

Please file the corrections identified below and file a corrected document by the date indicated using the **MOTION** or **RESPONSE** entry.

---

[ x ] Motions for voluntary dismissal of a criminal appeal must be signed by appellant personally, or counsel must state why a signature could not be obtained and the basis for counsel's understanding that appellant wishes to dismiss the appeal. Local Rule 42. Please file an amended motion complying with the signature requirement.


Taline A. Fischer, Deputy Clerk
804-916-2704